Darren Le Montree (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
Attorneys for Defendant,
ILLINOIS UNION INSURANCE COMPANY
(also erroneously sued as ACE WESTCHESTER
SPECIALTY GROUP, which is merely a marketing name
and not a legal entity)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARK COMPANY, INC. | Case No.: C 09-02295 PJH |
| Plaintiff, | Honorable Phyllis J. Hamilton |
| v. | [~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE DISCOVERY AND MOTION CUT-OFF DATES |
| ILLINOIS UNION INSURANCE COMPANY, ACE WESTCHESTER SPECIALTY GROUP, and DOES 1-20 | |
| Defendants. | |

Pursuant to the stipulation entered into by and between Plaintiff and Defendant, by and through their respective counsel of record, IT IS HEREBY ORDERED that the March 15, 2010 discovery cut-off is hereby continued to April 30, 2010 and the May 5, 2010 summary judgment motion filing cut-off is continued to June 30, 2010.

Dated: February 16, 2010

_____
Phyllis J. Hamilton
Judge of the United States District Court

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

---

1

**[PROPOSED]ORDER ON STIPULATION TO CONTINUE DISCOVERY AND MOTION CUT-OFF DATES**

872455.1