```
1   John D. O'Connor (SBN 54238)
    Sheila M. Salomon (SBN 164619)
2   O'CONNOR AND ASSOCIATES
    One Embarcadero Center
3   Tenth Floor, Suite 1020
    San Francisco, CA 94111
4   Telephone: (415) 693-9960
    Facsimile: (415) 981-0222
5
    Attorneys for Plaintiff
6   THE MARK COMPANY, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARK COMPANY, INC., | Case No.: C:0902295 PJH |
|  | Honorable Phyllis J. Hamilton |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES IN WHICH PLAINTIFF DISMISSES WITH PREJUDICE ALL OF ITS CLAIMS** |
| ILLINOIS UNION INSURANCE COMPANY, ACE WESTCHESTER SPECIALTY GROUP, and DOES 1-20 | **AND [~~PROPOSED~~] ORDER** |
| Defendants. | |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff THE MARK COMPANY, INC. ("Plaintiff") and Defendants ILLINOIS UNION INSURANCE COMPANY, ACE WESTCHESTER SPECIALTY GROUP, and DOES 1-20 ("Defendants"), by and through their respective counsel of record, that Plaintiff hereby voluntarily dismisses with prejudice all of its claims against Defendants. Each party agrees to pay its own attorneys fees and costs.

IT IS SO STIPULATED BETWEEN THE PARTIES HEREIN:

Dated: July 30 2010          O'CONNOR AND ASSOCIATES

*Sheila Salomon*
SHEILA M. SALOMON
Attorneys for Plaintiff
THE MARK COMPANY, INC.

Dated: July 29, 2010         WILSON ELSER MOSKOWITZ
                             EDELMAN & DICKER LLP

DARREN LE MONTREE
Attorneys for Defendant
ILLINOIS UNION INSURANCE COMPANY

## ORDER

The Court hereby dismisses with prejudice all of the claims against Defendants ILLINOIS UNION INSURANCE COMPANY, ACE WESTCHESTER SPECIALTY GROUP, and DOES 1-20.   Each party is to pay its own attorneys fees and costs.

**IT IS SO ORDERED.**

DATED: 8/4/10

PHYLLIS
United States

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*